# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

January 24, 2024

Hon. P. Kevin Castel
United States District Court
Southern District of New York
40 Foley Sq
New York, NY 10013

      Re:    *USA v. Giovanni Martinez,* Case No. 21-cr-00234
               Request for Return of Passport

Dear Judge Castel:

    The above-listed defendant has completed his custodial sentence and is compliant with the terms of his post-release supervision. I am requesting an order authorizing SDNY Pretrial Services to return the defendant his passport. Probation does not object to this request.

    Thank you for your time and consideration in this matter.

Application GRANTED.
SO ORDERED.
Dated:  1/24/2024

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Respectfully submitted,

*/s/ Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
***Counsel for Defendant Giovanni Martinez***